**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   v.<br><br>KEVIN SCHNELL,<br><br>                         Defendant. | Case No. 19-cr-03937-BAS-1<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR COMPASSIONATE RELEASE**<br>**(ECF No. 34)** |

      With the aid of counsel, Defendant Kevin Schnell filed a Motion for Compassionate Release. (ECF No. 34.) Mr. Schnell argues he has exhausted his administrative remedies and has multiple serious risk factors for COVID-19. (*Id.*) The Government filed a notice of non-opposition to the motion, requesting home confinement for the remainder of Defendant's sentence. (ECF No. 41.)

      Accordingly, having reviewed Mr. Schnell's motion, as well as considered the factors under 18 U.S.C. § 3582(a) and the standard under § 3582(c)(1)(A)(i), the Court finds it appropriate to **GRANT** the unopposed motion for compassionate release. The Court reduces Mr. Schnell's sentence to a time served sentence. This sentence will be followed by a five-year term of supervised release under all of the conditions included in the original judgment, plus the following added special condition: Mr. Schnell shall be placed in home incarceration for a period of eight months where he will be restricted to his

residence at all times except for medical necessities and court appearances or other activities specifically pre-approved by the Court or the Probation Officer. Afterwards, he will serve the remainder of his five-year supervised release term without home incarceration. The Court will issue an Amended Judgment that includes this special condition.

Finally, the Bureau of Prisons ("BOP") may take a reasonable time to coordinate Defendant's release, including for verification of Defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure Defendant's safe release. Defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for Defendant to travel. There shall be no delay in ensuring travel arrangements are made. Therefore, this order is stayed for up to fourteen days. If more than fourteen days are needed to ensure Mr. Schnell's safe release, the parties shall immediately notify the Court and show cause why the stay should be extended. Finally, Mr. Schnell shall contact the U.S. Probation Office to receive further instructions regarding his home incarceration condition no later than 72 hours after being released from custody.

**IT IS SO ORDERED.**

DATED: February 5, 2021

Hon. Cynthia Bashant
United States District Judge